MORGAN, LEWIS & BOCKIUS LLP
Kevin M. Papay, Bar No. 274161
kevin.papay@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

Attorneys for Petitioner
RIVER FINANCIAL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVER FINANCIAL INC., a Delaware corporation,<br><br>      Petitioner,<br><br>      v.<br><br>JONATHAN ZHOU, an individual,<br><br>      Respondent. | Case No. 3:25-mc-80072-LB<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

*River Financial Inc. v. Jonathan Zhou*
United States District Court Northern District of California
Case No. 3:25-mc-80072-LB

I declare I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105-1596.

On March 21, 2025, I served a copy of the within document(s):

**DISCLOSURE STATEMENT (F.R.C.P. 7.1) AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) OF PETITIONER RIVER FINANCIAL INC.**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below.

[X] by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

**Jonathan Zhou
689 Brunswick Street
San Francisco, CA 94112
Jonathanjzhou676@gmail.com**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on March 21, 2025, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Paula Lesure*

_____
Paula R. Lesure

MORGAN, LEWIS & BOCKIUS LLP
Kevin M. Papay, Bar No. 274161
kevin.papay@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

Attorneys for Petitioner
RIVER FINANCIAL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVER FINANCIAL INC., a Delaware corporation,<br><br>     Petitioner,<br><br>    v.<br><br>JONATHAN ZHOU, an individual,<br><br>     Respondent. | Case No. 3:25-mc-80072-LB<br><br>**DISCLOSURE STATEMENT (F.R.C.P. 7.1) AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) OF PETITIONER RIVER FINANCIAL INC.** |

1  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for
2  Petitioner River Financial Inc., states that River Financial Inc. has no parent corporation and that
3  no publicly held corporation owns 10% or more of its stock.
4  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no
5  conflict or interest (other than the named parties) to report.

7  Dated: March 20, 2025              Respectfully submitted,
8                                     MORGAN, LEWIS & BOCKIUS LLP

10                                    By   */s/ Kevin M. Papay*
11                                         Kevin M. Papay
12                                         Attorneys for Petitioner
                                           River Financial Inc.

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

Case No. 3:25-mc-80072-LB                     2                    DISCLOSURE STATEMENT AND
                                                                   CERTIFICATION OF INTERESTED
                                                                   ENTITIES OR PERSONS