UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| RIVER FINANCIAL INC., <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN ZHOU, <br><br> Defendant. | Case No. 25-mc-80072-LB <br><br> **ORDER TO FILE AS A CIVIL CASE, ORDER TO REFUND MISCELLANEOUS FILING FEE, AND ORDER TO PAY FILING FEE** |

The court has reviewed the initial pleading in this case and finds that it was erroneously classified as a miscellaneous case. The Clerk's Office is instructed to reclassify this case and assign it a civil case number.

The filing fee paid in this miscellaneous case, receipt number ACANDC-20471109, will be refunded, and the plaintiff will pay the civil filing fee of $402.00 to the Clerk of Court.

**IT IS SO ORDERED.**

Dated: April 25, 2025

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 25-mc-80072-LB